

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2021

No. 04-21-00188-CV

Armando **TREVINO**,
Appellant

v.

Karla Belen **GARCIA**, Individually and as Administratrix of The Estate of Maria Luisa Aguilar,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2020CVF002238-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of tis appeal are assessed against appellant.

It is so **ORDERED** on June 30, 2021.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2021.

_____
Michael A. Cruz, Clerk of Court